UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                            22-cv-8333 (PKC)
                                                             18-cr-900 (PKC)

                -against-                                          ORDER

BARRY JOHNSON,

                              Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Defendant Barry Johnson has asked to withdraw the motion of September 28, 2022. (Doc. 24 in 18-cr-900) The motion is deemed withdrawn. The Clerk is directed to terminate the motion (Doc. 24 in 18-cr-900) and close 22-cv-8333.

        SO ORDERED.

                                                         P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
       December 20, 2022